384 A.2d 240

COMMONWEALTH of Pennsylvania, DEPARTMENT OF REVENUE

v.

FIVE–R EXCAVATING, INC., Appellant at 111.

COMMONWEALTH of Pennsylvania, DEPARTMENT OF REVENUE

v.

J & R EQUIPMENT RENTAL CO., INC., Appellant at 112.

Supreme Court of Pennsylvania.

Argued March 6, 1978.

Decided April 7, 1978.

W. Reid Lowe, Ronald D. Morelli, Meyer, Unkovic & Scott, Pittsburgh, for appellants.

Paul S. Roeder, Deputy Atty. Gen., Harrisburg, for appellee.

Before EAGEN, C. J., and O'BRIEN, ROBERTS, POMEROY, NIX, MANDERINO and LARSEN, JJ.

OPINION

PER CURIAM:

Orders affirmed.